UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WAYNE SCHILLING,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY LOREDO, et al.,<br><br>    Defendants. | Case No. 17-cv-04054-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment and Addressing Plaintiff's Pending Motions,

IT IS ORDERED AND ADJUDGED

That pursuant to the Court's Order granting Defendants' motion for summary judgment, judgment is hereby entered in favor of the named Defendants against whom Plaintiff alleged his First and Eighth Amendment claims, and against Plaintiff. And that each party bear its own costs of action.

Dated: May 24, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge